**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-01080-REB-BNB

NATIONAL VAN LINES, INC., an Illinois corporation,

    Plaintiff,

v.

AALL PRO MOVERS, INC., a Colorado corporation, and
JOSEPH RONDINELL, an individual,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter is before the court *sua sponte*. On September 25, 2012, the court entered its **Order Granting Plaintiff's Motion For Default Judgment** [#22][1]. The court directed plaintiff to file a motion substantiating the amount of statutory damages sought by the plaintiff. To date, the plaintiff has filed no such motion. After reviewing the court record, I conclude that this action should be closed administratively.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**, subject to reopening for good cause; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively.

Dated January 11, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge